AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 07, 2026
SEAN F. MCAVOY, CLERK

ALBERT JAMES REEVES, III
*Plaintiff*
v.
WASHINGTON STATE DEPARTMENT OF CORRECTIONS, SGT JOHN DOE 1, C/O JOHN DOE 2, SGT JOHN DOE 3, and C/O JOHN DOE 4
*Defendant*

Civil Action No. 2:26-cv-234-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: The Second Amended Complaint, ECF No. 27, is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/7/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*